RECEIVED
CHARLOTTE, N.C.

JUN 07 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 03:05CV68

| | |
|---|---|
| DAVID FARSACI, INC., d/b/a CHARLEY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> OMNOVA SOLUTIONS, INC. and AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., <br><br> Defendants. | ORDER |

THIS MATTER, having properly come on for consideration by the Court pursuant to the Motion for Permission to Appear Pro Hac Vice by Morris J. Brooks, Jr., in which Motion Mr. Brooks is seeking to be allowed to represent Defendant American Builders & Contractors Supply Co., Inc. before this Court in the within case, and good cause having been shown for the granting of the said requested Order;

IT IS NOW, THEREFORE, ORDERED, ADJUDGED and DECREED that Morris J. Brooks, Jr. shall be allowed to appear *pro hac vice* on behalf of Defendant American Builders & Contractors Supply Co., Inc. in the within case before this Court.

SO ORDERED, this the 9th day of June, 2005.

_____ Judge